UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-01527-RGK-JPR | Date | March 26, 2021 |
|---|---|---|---|
| Title | Alice Utter v. Keystone Wealth Management Group, LLC et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE**

  The Court has reviewed the Request for Clerk to Enter Default against Defendants Gordon Syier Hawkins Brown, Keystone Wealth Management Group, LLC [12], as well as the Clerk's Notice of Deficiency [13].  Plaintiff shall cure the deficiencies noted at [13] and resubmit a Request for Default not later than April 1, 2021 or show cause in writing why the matter should not be dismissed for lack of prosecution.

  **IT IS SO ORDERED.**

                        :

                 Initials of Preparer  slw